UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRODERICK JOHNSON,

    Petitioner,

v.                                    CASE NO. 1:18cv199-MCR-GRJ

SECRETARY, FL. DEPT.
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 3, 2021.  ECF No. 23.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The amended petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254, ECF No. 5, is **DENIED**.

(3) A certificate of appealability is **DENIED**.

(4) The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 9th day of September 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**